UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ONTARIO REED, | )<br>) |
| Petitioner, | )<br>) |
| vs. | ) Case No. 4:11-CV-1206-JCH<br>) |
| JEFF NORMAN, | )<br>) |
| Respondent. | ) |

## **ORDER**

This matter is before the Court on petitioner's motion to proceed in forma pauperis. Upon consideration of the financial affidavit, the Court has determined that petitioner is unable to afford to pay the filing fee. Consequently, the Court will grant the motion. See 28 U.S.C. § 1915.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion to proceed in forma pauperis [Doc. #2] is **GRANTED**.

**IT IS FURTHER ORDERED** that petitioner's second motion to proceed in forma pauperis [Doc. #5] is **DENIED** as moot.

Dated this 6th day of September, 2011.

                                                **/s/ Jean C. Hamilton**
                                                **UNITED STATES DISTRICT JUDGE**